UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nicky Joe Duprest,   File No. 19-cv-1782 (ECT/BRT)

      Petitioner,

v.   **ORDER ACCEPTING REPORT AND RECOMMENDATION**

Warden M. Rios,

      Respondent.

---

Magistrate Judge Becky R. Thorson issued a Report and Recommendation on June 8, 2020. ECF No. 9. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 9] is **ACCEPTED**;

2. Petitioner Nicky Joe Duprest's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 26, 2020          s/ Eric C. Tostrud
                                        Eric C. Tostrud
                                        United States District Court